**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIE LOPEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHIEF OF GARDEN GROVE POLICE ) <br> DEPARTMENT, ET AL., ) <br> ) <br> Defendants. ) | CASE NO. CV 11-02058 AHM (RZ) <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the findings and recommendations in the Report.

DATED: September 22, 2011

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE