O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIE LOPEZ,<br><br>            Plaintiff,<br><br>     vs.<br><br>CHIEF OF GARDEN GROVE POLICE DEPARTMENT, ET AL.,<br><br>            Defendants. | CASE NO. CV 11-02058 AHM (RZ)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice for failure to prosecute.

DATED: September 22, 2011

**JS-6**

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE